UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAXIMUS STRAHAN,<br><br>Plaintiff,<br><br>v.<br><br>ADMINISTRATOR, NATIONAL OCEANOGRAPHIC AND ASMOSPHERIC AGENCY, et al.,<br><br>Defendants. | Civil Action No. 18-10392-DJC |

## ORDER

**CASPER, J.**                                                                                                                      March 2, 2018

*Pro se* plaintiff Richard Maximus Strahan ("Strahan") brings this action in which he alleges that administrators of certain governmental entities and the Massachusetts Lobstermen's Association ("MLS") are liable under the Endangered Species Act for the "taking" of certain endangered whales and sea turtles along the United States marine coastline. According to Strahan, the protected whales and sea turtles have been injured or killed by the deployment of pot fishing gear and gill net fishing gear in the marine waters off the northeast coastline of the United States. Strahan maintains that the Defendants' past and current licensing and regulation of pot and gill net fishing gear (or lack of enforcement therof) has resulted in the illegal takings of the protected marine life that has become entangled in the netting. He also alleges that the MLA and its members are liable for the illegal takings because their use of pot and gill net fishing gear directly causes the injury to the endangered whales and turtles.

With his complaint, Strahan filed motions for leave to proceed *in forma pauperis*, D. 4, and for a waiver of the filing fee and service by the United States Marshals Service ("USMS"),

1

D. 3. Strahan also filed a motion for a temporary restraining order and a preliminary injunction, D. 2, in which he asks the Court to "suspend all the licenses [the government defendants] have issued to deploy lobster pots and gill nets into the marine waters off the US coastline."

Upon review of Plaintiff's complaint and motions, it is hereby Ordered that:

1. The motion for leave to proceed *in forma pauperis*, D. 4, GRANTED.

2. The Clerk shall issue summonses as to all Defendants. Plaintiff is responsible for serving the summonses, complaint, and this Order on Defendants in compliance with Rule 4 of the Federal Rules of Civil Procedure and Local Rule 4.1. Service must be completed within 90 days of the date of this Order.

3. The motion to waive the filing fee and to order the USMS to complete service, D. 3, is GRANTED. Because Plaintiff is proceeding *in forma pauperis*, he may elect to have service completed by the USMS. Notwithstanding, if Plaintiff chooses to have service completed by the USMS, he must provide the agency with all papers for service on Defendants and a completed USM-285 form for each party to be served. The USMS shall complete service as directed by Plaintiff with all costs of service to be advanced by the United States. The Clerk shall provide Plaintiff with forms and instructions for service.

4. The motion for a temporary restraining order and a preliminary injunction, D. 2, is DENIED.

Insofar as Strahan seeks a temporary restraining order, the motion is denied because he has not presented "specific facts . . . [that] clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition." Fed. R. Civ. P. 65(b)(1)(A). He also failed to "certif[y] in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1)(B).

The motion for a preliminary injunction is denied without prejudice to renew such motion with a memorandum of law that adequately addresses the four criteria the Court must consider in adjudicating a motion for a preliminary injunction: "(1) a likelihood of success on the merits, (2) a likelihood of irreparable harm absent interim relief, (3) a balance of equities in the plaintiff's favor, and (4) service of the public interest."  Arborjet, Inc. v. Rainbow Treecare Sci. Advancements, Inc., 794 F.3d 168, 171 (1st Cir. 2015).

IT IS SO ORDERED.

/s/ Denise J. Casper
United States District Judge